UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTO. INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-23 |
| v. | ) | (GUYTON) |
| | ) | |
| GEORGE DUNLAP, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 14].

Now before the Court is Intervening Defendant Kanika Dembla's Motion for Continuance [Doc. 31]. For the reasons more fully stated on the record at the hearing held on February 25, 2014, the Court finds that the Motion for Continuance **[Doc. 31]** is well-taken, and it is **GRANTED**. The Scheduling Order [Doc. 16] and pretrial deadlines in this matter are **MODIFIED**, as follows:

1. Any motions to compel shall be filed on or before **April 11, 2014**;

2. All discovery in this matter shall be completed on or before **April 18, 2014**;

3. Any response to the Plaintiff's Motion for Summary Judgment shall be filed on or before **May 2, 2014**, and any reply thereto shall be filed on or before **May 13, 2014**;

4. The parties shall make all pretrial disclosures on or before **June 13, 2014**;

5. The parties shall file an agreed pretrial order on or before **June 13, 2014;**

6. Any motions *in limine* shall be filed on or before **June 27, 2014**, and any replies thereto shall be filed on or before **July 11, 2014**.

7. The parties shall contact the chambers of the undersigned on or before **July 18, 2014**, to schedule a pretrial conference if they find a conference is needed; and

8. This case will proceed to trial at **9:00 a.m. on August 4, 2014.**

All deadlines not specifically addressed herein remain unchanged, and the deadlines contained herein will not be extended absent a showing of **substantial good cause**.

    **IT IS SO ORDERED.**

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge

2

Case 3:13-cv-00023-HBG   Document 38   Filed 02/26/14   Page 2 of 2   PageID #: 261